DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment for Defendant
BILLY DEAN KAESTNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 91-349A |
| ) | and Cr. S. 91-409-WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXONERATING BOND |
| ) | |
| BILLY DEAN KAESTNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   In 1991, Mr. Kaestner was released on a property bond in this case, filed by family members on August 21, 1991.  The relevant documents are attached.  Mr. Kaestner was convicted, served his 120 month sentence imposed on February 5, 1992, and was released from custody on June 22, 2000.  His attorney never requested that the Court exonerate the property bond.  The family member recently tried to sell her home and discovered the 22-year-old lien.  She contacted this office to request that it be exonerated.  Accordingly, the undersigned requests that this Court appoint the Federal Defender's Office
//

and issue the proposed order below, exonerating the property bond and reconveying the property to the owner.

Date: August 23, 2013           HEATHER WILLIAMS
                                Federal Defender

                                /s/ R. Barbour

                                _____
                                RACHELLE BARBOUR
                                Research and Writing Attorney

The Federal Defender's Office is appointed in this matter.  The Court hereby orders that the property bond posted on behalf of Mr. Kaestner in the United States District Court for the Eastern District of California is EXONERATED and that the Clerk of the Court execute and file a reconveyance of the deed of trust used to secure the bond.

Dated: August 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE